No. 3839.—Domínguez et al., apltes. *v.* Fabián, apdo.—C. D. San Juan. Febrero 3, 1927. Sin lugar la reconsideración.

No. 656.—Sucesión de F. Pieraldi, recurrentes, *v.* Registrador de San Germán, recurrido.

No. 657.—F. Pieraldi, recurrente, *v.* Registrador de San Germán, recurrido.—Febrero 3, 1927.

Sin lugar la reconsideración solicitada en estos casos.

No. 3970.—Calaf, aplte. *v.* Gallardo, Tesorero, apdo.—C. D. San Juan. Febrero 7, 1927. Devolución de contribuciones. Resuelto por los fundamentos del caso No. 3969, *Calaf* v. *Gallardo, Tesorero,* de febrero 7, 1927, (pág. 150) denegando la reconsideración.

No. 2928.—El Pueblo, apdo., *v.* Cortés, aplte.—C. D. Aguadilla. Infracción al Art. 553 del Código Penal. Febrero 10, 1927. Examinadas las alegaciones y las pruebas a la luz de lo resuelto por esta corte en el caso de *El Pueblo* v. *González,* 35 D.P.R. 558, es necesario concluir que no se cometió la infracción por la cual se castigó al apelante y en tal virtud se revocó la sentencia recurrida absolviéndose al acusado.

No. 2926.—El Pueblo, apdo., *v.* González, aplte.—C. D. Aguadilla. Infracción al Art. 553 del Código Penal. Febrero 10, 1927. Examinadas las alegaciones y las pruebas a la luz de lo resuelto por esta corte en el caso de *El Pueblo* v. *González,* 35 D.P.R. 558, es necesario concluir que no se cometió la infracción por la cual se castigó al apelante y en tal virtud se revocó la sentencia recurrida absolviéndose al acusado.

No. 4070.—Pueblo, apdo., *v.* de Jesús, aplte.—C. D. San Juan. *Injunction.* Febrero 11, 1927.

Por cuanto estando en vacaciones esta Corte Suprema, el juez de turno Sr. Aldrey dictó en octubre 23, 1926, resolución suspendiendo los efectos de la sentencia que dictó la Corte de Distrito de San Juan en agosto 30, 1926, con el fin de que el demandado y apelante pueda continuar prestando sus servicios como porteador público en la ciudad de